EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Héctor Iván Santos Santos | 2019 TSPR 162 <br><br> 203 DPR ____ |

Número del Caso:  TS-12,988


Fecha:  4 de septiembre de 2019


Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López
    Cuerpo de Procuradores del
    Colegio de Abogados y Abogadas
    de Puerto Rico


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br>Héctor Iván Santos Santos | TS-12,988 |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de septiembre de 2019.

Examinadas la *Urgentísima Moción en Solicitud de Reinstalación y Sometiendo Certificación de Cumplimiento* presentada el 26 de agosto de 2019 y la *Urgentísima Moción Reiterando Solicitud de Reinstalación* presentada el 27 de agosto de 2019, se reinstala al Sr. Héctor Iván Santos Santos al ejercicio de la abogacía.

Se le apercibe al señor Santos Santos que en el futuro deberá cumplir cabalmente con los requerimientos del Programa de Educación Jurídica Continua y las órdenes de este Tribunal.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina